ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                              )
                                                         )
Head Inc. - Diaz Joint Venture                           )    ASBCA Nos. 63476, 63477
                                                         )
Under Contract No. W9126G-15-C-0253                      )

APPEARANCES FOR THE APPELLANT:        Michael H. Payne, Esq.
                                      Ryan Boonstra, Esq.
                                        Cohen Seglias Pallas Greeenhall & Furman PC
                                        Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      Jeanelle S. Patel, Esq.
                                        Engineer Trial Attorney
                                        U.S. Army Engineer District, Fort Worth

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $4,500,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: February 2, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I <u>concur</u>                                              I <u>concur</u>


_____                    _____
RICHARD SHACKLEFORD                        OWEN C. WILSON
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 63476, 63477, Appeals of
Head Inc. - Diaz Joint Venture, rendered in conformance with the Board's Charter.

        Dated:  February 2, 2023


                        _____
                        PAULLA K. GATES-LEWIS
                        Recorder, Armed Services
                        Board of Contract Appeals